IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARY A. LASKEY,           ) | |
| )   | |
| Plaintiff,           ) | |
| )   | |
| vs.           ) | CIVIL ACTION NO. 14-00097-CG-B |
| )   | |
| CAROLYN W. COLVIN,           ) | |
| Commissioner of Social Security,   ) | |
| )   | |
| Defendant.           ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated December 29, 2014, is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 15th day of January, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE