IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARY A. LASKEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 14-00097-CG-B |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the Order entered on January 15, 2015, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's Application for Attorney Fees under the Equal Access to Justice Act ("EAJA") is hereby **GRANTED** and that Plaintiff's attorney is hereby **AWARDED** an EAJA fee in the amount of **$3,429.18** payable to Plaintiff. No costs are taxed.

**DONE and ORDERED** this 15th day of January, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE