## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **MARY A. LASKEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 14-0097-CG-B** |
| | ) | |
| **CAROLYN W. COLVIN, Acting** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### JUDGMENT

In accordance with the Order entered this date, Petitioner's motion for attorney's fees pursuant to 42 U.S.C. § 406(b) (Doc. 23) is **GRANTED**.  It is **ORDERED** that Attorney Byron A. Lassiter receive, as an attorney's fee pursuant to 406(b) for services rendered at the federal court level, the sum of $5,282.00.  This total is equal to twenty-five (25%) percent of the total past-due benefits awarded to Plaintiff, minus the administrative amount previously paid.  Petitioner is directed to disburse to Plaintiff the sum of $3,429.18, which was previously awarded pursuant to he Equal Access to Justice Act ("EAJA").

**DONE and ORDERED** this 5th day of January, 2016.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE